# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 22, 2015

## NO. 03-15-00345-CV

**Esther Seoanes, Individually and as representative of the Estate of James Williford; and Miriam Stewart, Individually, Appellants**

**v.**

**The City of Austin, Appellee**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order granting the plea to the jurisdiction signed by the trial court on September 22, 2014 and the order granting City of Austin's motion for severance signed on April 30, 2015. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.